IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WILSON ANTONIO GARCIA-PANAMA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Treating the defendant's letter as a motion (filing 290), the motion is denied.

(2) The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated June 28, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge